UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TINA COURTEMANCE )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social )<br>Secuirty Administration ) | C.A. 10-427M |

## ORDER

The Findings and Recommendation of United States Magistrate Lincoln D. Almond dated July 14, 2011 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Reverse the Decision of the Commissioner is DENIED and the Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED.

BY ORDER:

/s/ John McConnell

John J. McConnell, Jr.
United States District Judge
August 2, 2011